**FOWLER / ST. CLAIR**
1201 S. Alma School Rd., Suite 10850
Mesa, AZ 85210
Telephone: (480) 788-9911
stclair@fowlerstclair.com
thrall@fowlerstclair.com

Sean St. Clair - SBN 022041
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Karin Eldred, an Arizona Resident, | Case No.: 2:16-cv-00986-DMF |
| Plaintiff, | |
| vs. | **STIPULATION TO DISMISS WITH PREJUDICE** |
| Wee Blessings Preschool and Academy, LLC, an Arizona limited liability company, Deborah Larkin a/k/a Debi Larkin-Chavez, an Arizona Resident, and Phil Chavez, an Arizona Resident, | |
| Defendants. | |

The parties, through undersigned counsel, hereby stipulate to the dismissal of this action, with prejudice, with each party to bear their own attorneys' fees and costs.

Respectfully submitted January 20, 2017.

| **FOWLER ST. CLAIR** | **Zoldan Law Group** |
|---|---|
| By:/s/ Sean St. Clair | By:/s/ Jessica Miller |
| Sean St. Clair | Jessica Miller |
| 1201 S. Alma School Rd., Suite 10850 | 14500 N. Northsight Blvd., Ste. 213 |
| Mesa, AZ 85210 | Scottsdale, Arizona 85260 |
| *Attorneys for Defendants* | *Attorneys for Plaintiff* |

1

## PROOF OF SERVICE

I am over the age of 18 and not a party to this action.

I am a resident of or employed in the county where the mailing occurred; my business/residence address is: 1201 S. Alma School Rd., Suite 10850, Mesa, AZ 85210.

On January 17, 2017, I served the foregoing document(s) described as: STIPULATION TO DISMISS WITH PREJUDICE to the following parties:

Jessica Miller
Zoldan Law Group, PLLC
14500 N. Northsight Blvd., Suite 213
Scottsdale, AZ 85260
*Attorneys for Plaintiff*

by depositing such envelope in the mail with postage thereon fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America and the State of Arizona that the forgoing is true and correct.

DATED: 01/20/2017                             /s/ Elizabeth Best
                                              Elizabeth Best