# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Karin Eldred,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>Wee Blessings Preschool and Academy LLC, et al.,<br><br>　　　　　　Defendant. | Case No. CV-16-00986-PHX-DMF<br><br>**ORDER** |

This matter is before the Court on the parties' Stipulation to Dismiss With Prejudice (Doc. 30).  Good cause appearing,

**IT IS HEREBY ORDERED** that this case be dismissed with prejudice, with the parties to each bear their own attorneys' fees and costs.

Dated this 20th day of January, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Deborah M. Fine
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge